IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**MELVIN LEE SINGLETARY**                                                  **PLAINTIFF**

**VERSUS**                                **CIVIL ACTION NO. 1:12-cv-294-HSO-RHW**

**KAREN LADNER RUHR**                                           **DEFENDANT**

## FINAL JUDGMENT

This matter is before the Court on submission of Magistrate Judge Robert H. Walker's Proposed Findings of Fact and Recommendations [19]. The Court, having adopted the Proposed Findings of Fact and Recommendations [19] as the finding of this Court by Order entered this date, finds that this matter should be dismissed without prejudice. Accordingly,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the above captioned cause is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 1st day of October, 2013.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE